12/04/16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-16

JOSEPH JAMES BELILE

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CO. JAMES CARROLL et al.

(List the full name(s) of the defendant(s)/respondent(s).)

15 cv 7960 (KMK) (LMS)

**Application for the Court to
Request Pro Bono Counsel**

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

2016 DEC -9  AM 10:04   RECEIVED SDNY PRO SE OFFICE

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Because I have a limited education, I dropped out in the 11th grade. I dont know too much about legal stuff and since I am in the SHU I cannot seek help from other inmates who may have knowledge. I am not prepared to respond to or file any dispositive motions on my own, which could have a negative effect on the out come of my case. Finally I am absolutely unable to represent myself at trial.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I wrote 15 different law firms, only two responded. (See list) The 2 who responded: (1) Aronson Mayefsky & Sloan, LLP, stated they do not practice civil law. (2) Davis Polk stated due to limited resources & other committments they Cannot take my Case. ) I dont have access to a phone to call law firms, & instead wrote 3 page letters to all firms

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| ☒ 12/04/16 | _Joseph Belile_ |
| Date | Signature |
| Belile, Joseph, J. | DIN: 14-A-3897 |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

_____          _____          _____          _____
Address                                        City                        State                Zip Code

_____          _____
Telephone Number                              E-mail Address (if available)

8A ronson mayefsky & Sloan LLP.
12 EAST 49th St.
New York, N.Y. 10017

Vandenberg & F, LLP
60 E. 42nd St.
New York, N.Y. 10165

DAVIS P&W
450 Lexington Ave.
New York, N.Y. 10017

Aaronson R, F, & D, LLP
600 3rd Ave.
New York, N.Y. 10016.

Wood S, H, & B, LLP
222 E. 41st. St.
New York, N.Y. 10017

Watson F & W, LLP
1133 Avenue of Americas
New York, N.Y. 10036.

Sullivan & C, LLP
125 Broadway
New York, N.Y. 10004

Sälon M,D,N, & B, LLP
292 Madison Ave
New York, N.Y. 10017

A idala & B, P.C.
8118   13th Ave.
Brooklyn, N.Y. 11228

PATTON ELM & S
488 Madison Ave.
New York, N.Y. 10022

Kreindler & K, LLP
750 3rd Ave.
New York, N.Y. 10017

Early & Strauss LLC
360 Lexington Ave.
New York, N.Y. 10017

Orrick A & S, LLP
51 W. 52nd
New York, N.Y. 10019

McDermott, W, & E LLP
340 Madison Ave.
New York N.Y. 10173

Duval & S, LLP
555 Madison Ave.
New York N.J. 10018

